IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY E. MARTIN, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 09-cv-584-bbc

BYRAN BARTOW, Director, Wisconsin
Resource Center (WRC), in his individual
and in his official capacity,

    Defendant.

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

By: _____, Chief Deputy Clerk   10-28-09
    Peter Oppeneer, Clerk of Court    Date